## Case No. 2,712.

### CHURCH v. SEVENTEEN HUNDRED AND SIXTY DOLLARS.

[The case cited under this title in Marv. Wr. & Salv. 26, note, is the same as Case No. 2,713.]